```
 1  JAMES G. KREISSMAN (Bar No. 206740)
    jkreissman@stblaw.com
 2  SIMPSON THACHER & BARTLETT LLP
    2550 Hanover Street
 3  Palo Alto, California 94304
    Telephone: (650) 251-5000
 4  Facsimile:  (650) 251-5002

 5  Attorneys for Defendants Richard S. Fuld,
    Jr., Christopher M. O'Meara, Joseph M.
 6  Gregory, Ian Lowitt, David Goldfarb, John
    F. Akers, Roger S. Berlind, Marsha Johnson
 7  Evans, Roland A. Hernandez and Henry
    Kaufman
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VALLEJO SANITATION AND FLOOD CONTROL DISTRICT,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, ERIN CALLAN, IAN LOWITT, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, ROLAND A. HERNANDEZ, HENRY KAUFMAN, ERNST & YOUNG LLP, and DOES 1 through 20,<br><br>Defendants. | Case No. C 09-2351 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE PENDING DETERMINATION BY THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION TO TRANSFER CASE PURSUANT TO 28 U.S.C. § 1407** |

WHEREAS on or about May 15, 2009, Plaintiff Vallejo Sanitation and Flood Control District ("Plaintiff") filed the Complaint in this case in the Superior Court of the State of California, County of San Francisco;

WHEREAS on May 28, 2009, Defendants Richard S. Fuld, Jr., Christopher M. O'Meara, Joseph M. Gregory, Ian Lowitt, David Goldfarb, John F. Akers, Roger S. Berlind,

- 1 -

Stipulation and [Proposed] Order Staying Case Pending Determination by the Judicial Panel on Multidistrict Litigation to Transfer Case Pursuant to 28 U.S.C. § 1407 – Case No. C 09-2351 JSW

Marsha Johnson Evans, Roland A. Hernandez and Henry Kaufman timely filed a Notice of Removal in this Court; and Defendants Erin Callan and Ernst & Young LLP filed joinders to the Notice of Removal on June 1, 2009;

WHEREAS cases sharing common questions of fact and law with this case have previously been transferred from this District by the Judicial Panel on Multidistrict Litigation (the "MDL Panel") to the Honorable Lewis A. Kaplan of the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 1407;

WHEREAS on May 29, 2009, certain Defendants filed a "tag-along" notice with the MDL Panel to inform the MDL Panel that this action is related to other actions previously transferred by the MDL Panel to the Southern District of New York;

WHEREAS previously removed related cases, <u>Zenith Insurance Co. v. Fuld, et al.</u>, Case No. C 08-5352-SC, <u>San Mateo County Investment Pool v. Fuld, et al.</u>, Case No. C 08-5353-SC, <u>Lou Solton, Monterey County Treasurer, on behalf of the Monterey County Investment Pool, v. Fuld, et al.</u>, Case No. C 08-5617 SC, and <u>City of South San Francisco v. Citigroup Global Markets Inc., et al.</u>, Case No. C 09-0501 SC, were stayed by the Honorable Samuel Conti pending transfer of the actions by the MDL Panel to the Southern District of New York;

WHEREAS in other previously removed related cases, <u>City of Auburn v. Fuld, et al.</u>, Case No. C 09-0875-VRW, <u>City of Burbank v. Fuld, et al.</u>, Case No. C 09-0876-MEJ, <u>City of San Buenaventura v. Fuld, et al.</u>, Case No. C 09-0877-WHA, and <u>City of Fremont v. Citigroup, et al.</u>, Case No. C 09-0926-JCS, stipulations to stay pending transfer of the actions by the MDL Panel to the Southern District of New York were so-ordered by the Court;

WHEREAS Plaintiff does not intend to oppose the MDL Panel's transfer of this action to the Southern District of New York;

NOW, THEREFORE, pursuant to Civ. L.R. 6-1(a), the undersigned parties hereby stipulate that:

This case shall be stayed pending issuance of a transfer order by the MDL Panel; and

Defendants' time within which to answer or otherwise respond to the Complaint is extended to such time as ordered by Judge Kaplan in the Southern District of New York either prior to or following transfer of this action, or if transfer is denied to 30 days following the order denying transfer.

Dated: June 1, 2009

    /s/ James G. Kreissman
JAMES G. KREISSMAN
SIMPSON THACHER & BARTLETT LLP

Attorneys for Defendants
RICHARD S. FULD, JR., CHRISTOPHER M. O'MEARA, JOSEPH M. GREGORY, IAN LOWITT, DAVID GOLDFARB, JOHN F. AKERS, ROGER S. BERLIND, MARSHA JOHNSON EVANS, ROLAND A. HERNANDEZ AND HENRY KAUFMAN

    /s/ Mark C. Molumphy
MARK C. MOLUMPHY
COTCHETT, PITRE & MCCARTHY

Attorneys for Plaintiff
VALLEJO SANITATION AND FLOOD CONTROL DISTRICT

    /s/ Jamie L. Wine
JAMIE L. WINE
LATHAM & WATKINS LLP

Attorneys for Defendant
ERNST & YOUNG LLP

    /s/ Joshua Judah Pollack
JOSHUA JUDAH POLLACK
PROSKAUER ROSE LLP

Attorneys for Defendant
ERIN CALLAN

- 3 -

Stipulation and [Proposed] Order Staying Case Pending Determination by the Judicial Panel on Multidistrict Litigation to Transfer Case Pursuant to 28 U.S.C. § 1407 – Case No. C 09-2351 JSW

ATTESTATION PURSUANT TO GENERAL ORDER 45, § X

I, James G. Kreissman, attest pursuant to General Order 45, § X, that concurrence in the filing of this Stipulation has been obtained from each of the other signatories above.

   /s/ James G. Kreissman
   JAMES G. KREISSMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

DATED: June 2, 2009

_____
Honorable Jeffrey S. White
United States District Court Judge

- 4 -

Stipulation and [~~Proposed~~] Order Staying Case Pending Determination by the Judicial Panel on Multidistrict Litigation to Transfer Case Pursuant to 28 U.S.C. § 1407 – Case No. C 09-2351 JSW